IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA GIUFFRE, | : |
| Plaintiff, | : CIVIL ACTION NO: 3:09-cv-1841 (SRU) |
| v. | : |
| JONATHAN COLE, | : |
| Defendant. | : |

## DECLARATION OF BRENT M. DAVIS

I, Brent M. Davis, hereby declare and state as follows:

1. I am an associate in the law firm of Bienstock & Michael, P.C., Continental Plaza, 411 Hackensack Avenue, 7th Floor, Hackensack, NJ 07601. My phone number is (201) 525-0300. My fax number is (201) 525-0133. My e-mail address is *BDavis@musicesq.com*.

2. I have been a member in good standing of the New York bar since my admission in 2007 and the New Jersey bar since my admission in 2007. I have also been admitted to practice and am in good standing in the U.S. District Court for the District of New Jersey, the U.S. District Court for the Southern District of New York and the U.S. District Court for the Eastern District of New York.

3. I have not been denied admission or disciplined by the Court or any other court.

4. Throughout the last year, I have been regularly engaged by Defendant Jonathan Cole to represent him in certain litigation matters. As such, I have been and remain familiar with his business and legal matters. I have been asked by Defendant Jonathan Cole to represent him in this matter.

5.    I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6.    I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge or belief.

Executed this ____ day of August, 2010.

_____
Brent M. Davis